950 A.2d 269

**Carmine A. LAURO, Sr., Appellant**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

May 29, 2008.

## ORDER

PER CURIAM.

AND NOW, this 29th day of May, 2008, the Order of the Commonwealth Court is **AFFIRMED**.